United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15150-amc
John Miller                                                               Chapter 13
Jill Muraske
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: dlv                  Page 1 of 3              Date Rcvd: Aug 09, 2018
                               Form ID: 309I              Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
```
db/jdb         +John Miller,    Jill Muraske,   2003 Woodbridge Lane,    Pennsburg, PA 18073-1247
14176697       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14176698       +AR Resources, Inc.,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14176713      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
14176702       +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14176701       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14176703       +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14176714       +Continental Finance Company,    4550 New Linden Hill Rd,    Wilmington, DE 19808-2952
14176718       +Credit Center Inc,    7 Finance Dr,    Danbury, CT 06810-4162
14176717       +Credit Center Inc,    Attn: Bankruptcy,    7 Finance Drive,    Danbury, CT 06810-4162
14176723      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: First Savings Credit Card,     500 E 60th St N,
                 Sioux Falls, SD 57104)
14176721       +Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
14176722       +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
14176725       +Fortiva,   Po Box 105555,    Atlanta, GA 30348-5555
14176724       +Fortiva,   Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
14176726       +Genesis FS Card Services,    PO Box 23039,    Columbus, GA 31902-3039
14176727       +Kansas Counselors, Inc,    Attn: Bankruptcy,    Po Box 14765,    Shawnee Mission, KS 66285-4765
14176728       +Kansas Counselors, Inc,    1314 N Main St,    Hutchinson, KS 67501-4002
14176731        Macy's,   PO Box 9001094,    Louisville, KY 40290-1094
14176732        Matrix MASTERCARD,    PO Box 31292,   Tampa, FL 33631-3292
14176735        Peerless Credit Services,    PO Box 518,    Middletown, PA 17057-0518
14176736       +Penn Credit,    916 S 14th St,    PO Box 988,   Harrisburg, PA 17108-0988
14176737       +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
14176738       +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
14176742        Resurgent Capital Services,    C/o Resurgent Capital Services,    Greenville, SC 29602
14176759        Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14176761        TriValley Primary Care PC,    519 South 5th St., Ste. 130,    Perkasie, PA 18944-1042
14176765       +US Deptartment of Education/Great Lakes,    Po Box 7860,    Madison, WI 53707-7860
14176764       +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
14176762       +United Anes Serv. PC,    PO Box 828962,    Philadelphia, PA 19182-8962
14176766       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14176767       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: support@ymalaw.com Aug 10 2018 01:47:30     PAUL H. YOUNG,
                 Young, Marr & Associates,    3554 Hulmeville Road,    Suite 102,   Bensalem, PA 19020
tr             +E-mail/Text: bncnotice@ph13trustee.com Aug 10 2018 01:48:45     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Aug 10 2018 01:48:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2018 01:47:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2018 01:48:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 10 2018 01:48:02     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14176695       +EDI: PHINAMERI.COM Aug 10 2018 05:43:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
14176696       +EDI: PHINAMERI.COM Aug 10 2018 05:43:00      AmeriCredit/GM Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
14176693       +E-mail/Text: American@AABinfo.net Aug 10 2018 01:47:40      American Adjustment Bureau, Inc.,
                 Attn: Bankruptcy,    Po Box 2758,   Waterbury, CT 06723-2758
14176694       +E-mail/Text: American@AABinfo.net Aug 10 2018 01:47:40      American Adjustment Bureau, Inc.,
                 73 Field St,    Waterbury, CT 06702-1906
14176700        EDI: CAPITALONE.COM Aug 10 2018 05:43:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14176699       +EDI: CAPITALONE.COM Aug 10 2018 05:43:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14176704       +EDI: CITICORP.COM Aug 10 2018 05:43:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14176705       +EDI: WFNNB.COM Aug 10 2018 05:43:00     Comenity Bank/Overstock,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14176706       +EDI: WFNNB.COM Aug 10 2018 05:43:00     Comenity Bank/Overstock,    Po Box 182120,
                 Columbus, OH 43218-2120
```

```
District/off: 0313-2          User: dlv                   Page 2 of 3                  Date Rcvd: Aug 09, 2018
                              Form ID: 309I               Total Noticed: 83

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14176707      +EDI: WFNNB.COM Aug 10 2018 05:43:00      Comenity Bank/Pier 1,    Attn: Bankruptcy Dept,
               Po Box 182125,    Columbus, OH 43218-2125
14176708      +EDI: WFNNB.COM Aug 10 2018 05:43:00      Comenity Bank/Pier 1,    Po Box 182789,
               Columbus, OH 43218-2789
14176709      +EDI: WFNNB.COM Aug 10 2018 05:43:00      Comenity Bank/Torrid,    Attn: Bankruptcy Dept,
               Po Box 182125,    Columbus, OH 43218-2125
14176710      +EDI: WFNNB.COM Aug 10 2018 05:43:00      Comenity Bank/Torrid,    Po Box 182789,
               Columbus, OH 43218-2789
14176712      +EDI: WFNNB.COM Aug 10 2018 05:43:00      Comenity Capital/mprc,    Po Box 182120,
               Columbus, OH 43218-2120
14176711      +EDI: WFNNB.COM Aug 10 2018 05:43:00      Comenity Capital/mprc,    Attn: Bankruptcy Dept,
               Po Box 182125,    Columbus, OH 43218-2125
14176716      +EDI: CONVERGENT.COM Aug 10 2018 05:43:00      Convergent Outsourcing, Inc,    800 Sw 39th St,
               Renton, WA 98057-4975
14176715      +EDI: CONVERGENT.COM Aug 10 2018 05:43:00      Convergent Outsourcing, Inc,    Po Box 9004,
               Renton, WA 98057-9004
14176719      +EDI: RCSFNBMARIN.COM Aug 10 2018 05:43:00      Credit One Bank,    Attn: Bankruptcy,
               Po Box 98873,    Las Vegas, NV 89193-8873
14176720      +EDI: RCSFNBMARIN.COM Aug 10 2018 05:43:00      Credit One Bank,    Po Box 98875,
               Las Vegas, NV 89193-8875
14176729      +EDI: CBSKOHLS.COM Aug 10 2018 05:43:00      Kohls/Capital One,    Kohls Credit,   Po Box 3120,
               Milwaukee, WI 53201-3120
14176730      +EDI: CBSKOHLS.COM Aug 10 2018 05:43:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-5660
14176733      +EDI: MERRICKBANK.COM Aug 10 2018 05:43:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
               Po Box 9201,    Old Bethpage, NY 11804-9001
14176734      +EDI: MERRICKBANK.COM Aug 10 2018 05:43:00      Merrick Bank/CardWorks,    Po Box 9201,
               Old Bethpage, NY 11804-9001
14176740       EDI: PRA.COM Aug 10 2018 05:43:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
               Norfolk, VA 23502
14176936      +EDI: PRA.COM Aug 10 2018 05:43:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14176739      +EDI: PRA.COM Aug 10 2018 05:43:00      Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
14176741      +EDI: RESURGENT.COM Aug 10 2018 05:43:00      Resurgent Capital Services,    Po Box 10587,
               Greenville, SC 29603-0587
14176744      +EDI: RMSC.COM Aug 10 2018 05:43:00      Syncb/Toys R Us,    Po Box 965005,
               Orlando, FL 32896-5005
14176743      +EDI: RMSC.COM Aug 10 2018 05:43:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14176745      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
14176746      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank,    950 Forrer Blvd,
               Kettering, OH 45420-1469
14176747      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
14176748      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
               Orlando, FL 32896-5007
14176749      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
14176750      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/ Old Navy,    Po Box 965005,
               Orlando, FL 32896-5005
14176752      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Amazon,    Po Box 965015,
               Orlando, FL 32896-5015
14176751      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
14176753      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
               Po Box 965061,    Orlando, FL 32896-5061
14176754      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
14176755      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
14176756      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Lowes,    Po Box 965005,
               Orlando, FL 32896-5005
14176757      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
14176758      +EDI: RMSC.COM Aug 10 2018 05:43:00      Synchrony Bank/Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
14176760      +EDI: WTRRNBANK.COM Aug 10 2018 05:43:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
14176763      +E-mail/Text: EBankruptcy@UCFS.NET Aug 10 2018 01:48:53       United Consumer Financial Services,
               865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                               TOTAL: 51

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2          User: dlv                 Page 3 of 3                  Date Rcvd: Aug 09, 2018
                              Form ID: 309I             Total Noticed: 83
```

          ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                          Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Joint Debtor Jill  Muraske support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor John  Miller support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **John Miller** | Social Security number or ITIN | **xxx–xx–7053** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jill Muraske** | Social Security number or ITIN | **xxx–xx–6518** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter | **13   8/3/18** |
| Case number: | **18-15150–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                                           12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John Miller | Jill Muraske |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2003 Woodbridge Lane<br>Pennsburg, PA 18073 | 2003 Woodbridge Lane<br>Pennsburg, PA 18073 |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Contact phone (215) 639–5297<br><br>Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/9/18 |

**For more information, see page 2**

Debtor **John Miller** and **Jill Muraske**     Case number **18–15150–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 12, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>Suite 18–341, 1234 Market Street, Philadelphia, PA 19107 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/11/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/12/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/30/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 85.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/16/18** at **10:00 AM** , Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |