| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000300492 | 1 |
| | | | | 546-0001 | |

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

# Earnings Statement

Period Beginning: 07/08/2018
Period Ending: 07/21/2018
Pay Date: 07/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 PA: N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 80.00 | 3,000.00 | 40,800.00 |
| Ot Overtime | 56.2500 | 3.00 | 168.75 | 3,571.88 |
| Hlthvludomprtnr | | | 311.11 | 4,355.54 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Dbl Dbl Time | | | | 412.50 |
| Hol Holiday | | | | 1,800.00 |
| Pt1 P T O | | | | 2,400.00 |
| **Gross Pay** | | | **$3,479.86** | 56,679.30 |

Your federal taxable wages this period are $3,177.01

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 17.64 |
| Pto Accrl Bal | 80.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -441.23 | 7,761.13 |
| | Social Security Tax | -197.06 | 3,252.34 |
| | Medicare Tax | -46.09 | 760.63 |
| | PA State Income Tax | -97.53 | 1,609.88 |
| | PA SUI/SDI Tax | -2.09 | 34.01 |
| | Other | | |
| | Alc Car Allow | -38.46 | 76.92 |
| | Dental Pre Tax | -51.51* | 721.14 |
| | Im1 H C Imp Inc | -311.11 | 4,355.54 |
| | Medical Pretax | -251.34* | 3,518.76 |
| **Net Pay** | | **$2,043.44** | |
| Cka Checking #1 | | -2,043.44 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number: 00000300492
Pay date: 07/27/2018

Deposited to the account of    account number    transit ABA    amount
JOHN MILLER                                                      $2,043.44

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000280487 | 1 |
| | | | | 524-0001 | |

# Earnings Statement

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL  60661

Period Beginning: 06/24/2018
Period Ending:    07/07/2018
Pay Date:         07/13/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   2
  PA:        N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA  18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 72.00 | 2,700.00 | 37,800.00 |
| Ot Overtime | 56.2500 | 3.00 | 168.75 | 3,403.13 |
| Dbl Dbl Time | 75.0000 | 5.50 | 412.50 | 412.50 |
| Hlthvludomprtnr | | | 311.11 | 4,044.43 |
| Hol Holiday | 37.5000 | 8.00 | 300.00 | 1,800.00 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Pt1 P T O | | | | 2,400.00 |
| **Gross Pay** | | | **$3,892.36** | 53,199.44 |

Your federal taxable wages this period are $3,589.51

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 16.38 |
| Pto Accrl Bal | 65.33 | |
| MDM | | 16.38 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

**Deductions**   Statutory
| | | |
|---|---|---|
| Federal Income Tax | -531.98 | 7,319.90 |
| Social Security Tax | -222.62 | 3,055.28 |
| Medicare Tax | -52.06 | 714.54 |
| PA State Income Tax | -110.20 | 1,512.35 |
| PA SUI/SDI Tax | -2.34 | 31.92 |

Other
| | | |
|---|---|---|
| Alc Car Allow | -38.46 | 38.46 |
| Dental Pre Tax | -51.51* | 669.63 |
| Im1 H C Imp Inc | -311.11 | 4,044.43 |
| Medical Pretax | -251.34* | 3,267.42 |
| **Net Pay** | **$2,320.74** | |
| Cka Checking #1 | -2,320.74 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL  60661

Advice number:  00000280487
Pay date:       07/13/2018

Deposited to the account of
JOHN MILLER

| account number | transit ABA | amount |
|---|---|---|
| | | $2,320.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000260504 | 1 |
| | | | 543-0001 | | |

# Earnings Statement

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Period Beginning:  06/10/2018
Period Ending:     06/23/2018
Pay Date:          06/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA:      N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 80.00 | 3,000.00 | 35,100.00 |
| Ot Overtime | 56.2500 | 6.00 | 337.50 | 3,234.38 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Hlthvludomprtnr | | | | 3,733.32 |
| Hol Holiday | | | | 1,500.00 |
| Pt1 P T O | | | | 2,400.00 |
| **Gross Pay** | | | **$3,337.50** | 49,307.08 |

| Other Information | this period | total to date |
|---|---|---|
| Pto Accrl Bal | 65.33 | |
| Gtl G.T.L. | 0.00 | 15.12 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -476.54 | 6,787.92 |
| | Social Security Tax | -206.93 | 2,832.66 |
| | Medicare Tax | -48.40 | 662.48 |
| | PA State Income Tax | -102.46 | 1,402.15 |
| | PA SUI/SDI Tax | -2.00 | 29.58 |
| | Other | | |
| | Dental Pre Tax | | 618.12 |
| | Im1 H C Imp Inc | | 3,733.32 |
| | Medical Pretax | | 3,016.08 |

**Net Pay**                $2,501.17
Cka Checking #1           -2,501.17
**Net Check**                 $0.00

Your federal taxable wages this period are
$3,337.50

© 2000 ADP, LLC

---

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number:  00000260504
Pay date:       06/29/2018

Deposited to the account of
JOHN MILLER

| account number | transit ABA | amount |
|---|---|---|
| | | $2,501.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000240511 | 1 |
| | | | 555-0001 | | |

# Earnings Statement

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Period Beginning: 05/27/2018
Period Ending: 06/09/2018
Pay Date: 06/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 2
   PA: N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 72.00 | 2,700.00 | 32,100.00 |
| Hlthvludomprtnr | | | 311.11 | 3,733.32 |
| Hol Holiday | 37.5000 | 8.00 | 300.00 | 1,500.00 |
| Ot Overtime | | | | 2,896.88 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Pt1 P T O | | | | 2,400.00 |
| **Gross Pay** | | | **$3,311.11** | 45,969.58 |

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 15.12 |
| Pto Accrl Bal | 50.67 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -404.11 | 6,311.38 |
| | Social Security Tax | -186.59 | 2,625.73 |
| | Medicare Tax | -43.64 | 614.08 |
| | PA State Income Tax | -92.35 | 1,299.69 |
| | PA SUI/SDI Tax | -1.98 | 27.58 |
| | **Other** | | |
| | Dental Pre Tax | -51.51* | 618.12 |
| | Im1 H C Imp Inc | -311.11 | 3,733.32 |
| | Medical Pretax | -251.34* | 3,016.08 |
| **Net Pay** | | **$1,968.48** | |
| | Cka Checking #1 | -1,968.48 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,008.26

© 2000 ADP LLC

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number: 00000240511
Pay date: 06/15/2018

Deposited to the account of
JOHN MILLER

| account number | transit | ABA | amount |
|---|---|---|---|
| | | | $1,968.48 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000220508 | 1 |

540-0001

# Earnings Statement

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Period Beginning:  05/13/2018
Period Ending:     05/26/2018
Pay Date:          06/01/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA:      N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 72.00 | 2,700.00 | 29,400.00 |
| Ot Overtime | 56.2500 | 4.00 | 225.00 | 2,896.88 |
| Hlthvludomprtnr | | | 311.11 | 3,422.21 |
| Pt1 P T O | 37.5000 | 8.00 | 300.00 | 2,400.00 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Hol Holiday | | | | 1,200.00 |
| **Gross Pay** | | | **$3,536.11** | 42,658.47 |

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 13.86 |
| Pto Accrl Bal | 50.67 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -453.61 | 5,907.27 |
| | Social Security Tax | -200.54 | 2,439.14 |
| | Medicare Tax | -46.90 | 570.44 |
| | PA State Income Tax | -99.26 | 1,207.34 |
| | PA SUI/SDI Tax | -2.13 | 25.60 |
| | **Other** | | |
| | Dental Pre Tax | -51.51* | 566.61 |
| | Im1 H C Imp Inc | -311.11 | 3,422.21 |
| | Medical Pretax | -251.34* | 2,764.74 |
| | **Net Pay** | **$2,119.71** | |
| | Cka Checking #1 | -2,119.71 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,233.26

© 2000 ADP, LLC

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number:  00000220508
Pay date:       06/01/2018

Deposited to the account of
JOHN MILLER

| account number | transit ABA | amount |
|---|---|---|
| | | $2,119.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000200595 | 1 |
| | | | | 605-0001 | |

## Earnings Statement

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Period Beginning: 04/29/2018
Period Ending: 05/12/2018
Pay Date: 05/18/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 72.00 | 2,700.00 | 26,700.00 |
| Ot Overtime | 56.2500 | 4.00 | 225.00 | 2,671.88 |
| Hlthvludomprtnr | | | 311.11 | 3,111.10 |
| Pt1 P T O | 37.5000 | 8.00 | 300.00 | 2,100.00 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Hol Holiday | | | | 1,200.00 |
| **Gross Pay** | | | **$3,536.11** | 39,122.36 |

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 12.60 |
| Pto Accrl Bal | 44.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -453.61 | 5,453.66 |
| | Social Security Tax | -200.54 | 2,238.60 |
| | Medicare Tax | -46.90 | 523.54 |
| | PA State Income Tax | -99.26 | 1,108.08 |
| | PA SUI/SDI Tax | -2.12 | 23.47 |
| | Other | | |
| | Dental Pre Tax | -51.51* | 515.10 |
| | Im1 H C Imp Inc | -311.11 | 3,111.10 |
| | Medical Pretax | -251.34* | 2,513.40 |
| | **Net Pay** | **$2,119.72** | |
| | Cka Checking #1 | -2,119.72 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,233.26

© 2000 ADP, LLC

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number: 00000200595
Pay date: 05/18/2018

THIS IS NOT A CHECK

Deposited to the account of
JOHN MILLER

| account number | transit ABA | amount |
|---|---|---|
| | | $2,119.72 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000180503 | 1 |
| | | | | 542-0001 | |

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 04/15/2018 |
| Period Ending: | 04/28/2018 |
| Pay Date: | 05/04/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 72.00 | 2,700.00 | 24,000.00 |
| Ot Overtime | 56.2500 | 6.00 | 337.50 | 2,446.88 |
| Hlthvludomprtnr | | | 311.11 | 2,799.99 |
| Pt1 P T O | 37.5000 | 8.00 | 300.00 | 1,800.00 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Hol Holiday | | | | 1,200.00 |
| **Gross Pay** | | | **$3,648.61** | 35,586.25 |

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 11.34 |
| Pto Accrl Bal | 52.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -478.36 | 5,000.05 |
| | Social Security Tax | -207.51 | 2,038.06 |
| | Medicare Tax | -48.53 | 476.64 |
| | PA State Income Tax | -102.71 | 1,008.82 |
| | PA SUI/SDI Tax | -2.19 | 21.35 |
| | Other | | |
| | Dental Pre Tax | -51.51* | 463.59 |
| | Im1 H C Imp Inc | -311.11 | 2,799.99 |
| | Medical Pretax | -251.34* | 2,262.06 |
| | **Net Pay** | **$2,195.35** | |
| | Cka Checking #1 | -2,195.35 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,345.76

© 2000 ADP, LLC

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

| | |
|---|---|
| Advice number: | 00000180503 |
| Pay date: | 05/04/2018 |

Deposited to the account of
JOHN MILLER

| account number | transit ABA | amount |
|---|---|---|
| | | $2,195.35 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**