**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA  19348

| | |
|---|---|
| Company: | D44-1718 Spring Creek Road Operati |
| Pay Group: | 465-Ctr-Lehigh Center |
| Business Unit: | 56074 |
| Pay Begin Date: | 07/08/2018 |
| Pay End Date: | 07/21/2018 |

| | |
|---|---|
| Advice #: | 000000011808539 |
| Advice Date: | 07/27/2018 |
| Base Pay Rate: | $30.450 Hourly |
| Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA  18073

| | |
|---|---|
| Employee ID: | 80504888 |
| Department: | 560743210-Registered Nurse |
| Location: | Lehigh Center |
| Job Title: | Nurse-RN |
| Pay Rate: | $35.018 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | n/a |
| Allowances: | 5 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 35.017 | 69.50 | 2,433.68 | 915.41 | 31,563.60 |
| Regular | 37.017 | 5.25 | 194.34 | | 0.00 |
| Overtime | 52.526 | 0.67 | 35.19 | 26.51 | 1,416.31 |
| Holiday | | | 0.00 | 16.00 | 568.14 |
| Training - Non Productive | | | 0.00 | 3.50 | 122.56 |
| Temporary Position Transfer | | | 0.00 | 4.00 | 4.00 |
| **TOTAL:** | | **75.42** | **2,663.21** | **961.42** | **33,674.61** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 222.85 | 2,707.11 |
| Fed MED/EE | 38.61 | 488.28 |
| Fed OASDI/EE | 165.12 | 2,087.83 |
| PA Unempl EE | 1.59 | 20.20 |
| PA Withholdng | 81.76 | 1,033.81 |
| PA LOWER MACUNGIE Withholdng | 26.63 | 336.75 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 30.00 |
| **TOTAL:** | **538.56** | **6,703.98** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Genesis Employee Foundation | 1.00 | 15.00 |
| **TOTAL:** | **1.00** | **15.00** |

## ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
|---|---|---|
| | | |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,663.21 | 2,663.21 | 538.56 | 1.00 | 2,123.65 |
| YTD | 33,674.61 | 33,674.61 | 6,703.98 | 15.00 | 26,955.63 |

## BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
|---|---|
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

## EMPLOYER INFORMATION

1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA  18062

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000011808539 | Checking | 385015165891 | $2,123.65 |
| **TOTAL:** | | | **$2,123.65** |

MESSAGE:

**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA 19348

| | |
|---|---|
| Company: | D44-1718 Spring Creek Road Operati |
| Pay Group: | 465-Ctr-Lehigh Center |
| Business Unit: | 56074 |
| Pay Begin Date: | 06/24/2018 |
| Pay End Date: | 07/07/2018 |

| | |
|---|---|
| Advice #: | 000000011754878 |
| Advice Date: | 07/13/2018 |
| Base Pay Rate: | $30.450 Hourly |
| Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA 18073

| | |
|---|---|
| Employee ID: | 80504888 |
| Department: | 560743210-Registered Nurse |
| Location: | Lehigh Center |
| Job Title: | Nurse-RN |
| Pay Rate: | $35.018 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | n/a |
| Allowances: | 5 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 35.018 | 80.00 | 2,801.40 | 840.66 | 28,935.58 |
| Overtime | 52.681 | 0.72 | 37.93 | 25.84 | 1,381.12 |
| Overtime | 54.681 | 7.47 | 408.47 | | 0.00 |
| Holiday | 35.018 | 8.00 | 280.14 | 16.00 | 568.14 |
| Training - Non Productive | | | 0.00 | 3.50 | 122.56 |
| Temporary Position Transfer | | | 0.00 | | 4.00 |
| **TOTAL:** | | **96.19** | **3,527.94** | **886.00** | **31,011.40** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 413.09 | 2,484.26 |
| Fed MED/EE | 51.16 | 449.67 |
| Fed OASDI/EE | 218.74 | 1,922.71 |
| PA Unempl EE | 2.12 | 18.61 |
| PA Withholdng | 108.31 | 952.05 |
| PA LOWER MACUNGIE Withholdng | 35.28 | 310.12 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 28.00 |
| **TOTAL:** | **830.70** | **6,165.42** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Genesis Employee Foundation | 1.00 | 14.00 |
| **TOTAL:** | **1.00** | **14.00** |

## ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
|---|---|---|
| | | |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,527.94 | 3,527.94 | 830.70 | 1.00 | 2,696.24 |
| YTD | 31,011.40 | 31,011.40 | 6,165.42 | 14.00 | 24,831.98 |

## BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
|---|---|
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

**EMPLOYER INFORMATION**
1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA 18062

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000011754878 | Checking | 385015165891 | $2,696.24 |
| **TOTAL:** | | | **$2,696.24** |

MESSAGE:

**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA 19348

| Company: | D44-1718 Spring Creek Road Operati |
| --- | --- |
| Pay Group: | 465-Ctr-Lehigh Center |
| Business Unit: | 56074 |
| Pay Begin Date: | 06/10/2018 |
| Pay End Date: | 06/23/2018 |

| Advice #: | 000000011693362 |
| --- | --- |
| Advice Date: | 06/29/2018 |
| Base Pay Rate: | $30.450 Hourly |
| Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA  18073

| Employee ID: | 80504888 |
| --- | --- |
| Department: | 560743210-Registered Nurse |
| Location: | Lehigh Center |
| Job Title: | Nurse-RN |
| Pay Rate: | $35.018 Hourly |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Marital Status: | Single | n/a |
| Allowances: | 5 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular | 35.018 | 48.87 | 1,711.31 | 760.66 | 26,134.18 |
| Holiday | | 0.00 | 0.00 | 8.00 | 288.00 |
| Overtime | | 0.00 | 0.00 | 17.65 | 934.72 |
| Training - Non Productive | | 0.00 | 0.00 | 3.50 | 122.56 |
| Temporary Position Transfer | | 0.00 | 0.00 | | 4.00 |
| **TOTAL:** | | **48.87** | **1,711.31** | **789.81** | **27,483.46** |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 85.18 | 2,071.17 |
| Fed MED/EE | 24.81 | 398.51 |
| Fed OASDI/EE | 106.10 | 1,703.97 |
| PA Unempl EE | 1.03 | 16.49 |
| PA Withholdng | 52.54 | 843.74 |
| PA LOWER MACUNGIE Withholdng | 17.11 | 274.84 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 26.00 |
| **TOTAL:** | **288.77** | **5,334.72** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Genesis Employee Foundation | 1.00 | 13.00 |
| **TOTAL:** | **1.00** | **13.00** |

### ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
| --- | --- | --- |
| *TAXABLE | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,711.31 | 1,711.31 | 288.77 | 1.00 | 1,421.54 |
| YTD | 27,483.46 | 27,483.46 | 5,334.72 | 13.00 | 22,135.74 |

### BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
| --- | --- |
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

### EMPLOYER INFORMATION

1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA  18062

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
| --- | --- | --- | --- |
| Advice #000000011693362 | Checking | 385015165891 | $1,421.54 |
| **TOTAL:** | | | **$1,421.54** |

MESSAGE:

**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA  19348

| Company: | D44-1718 Spring Creek Road Operati | Advice #: | 000000011634711 |
|---|---|---|---|
| Pay Group: | 465-Ctr-Lehigh Center | Advice Date: | 06/15/2018 |
| Business Unit: | 56074 | | |
| Pay Begin Date: | 05/27/2018 | Base Pay Rate: | $30.450 Hourly |
| Pay End Date: | 06/09/2018 | Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA  18073

| Employee ID: | 80504888 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Department: | 560743210-Registered Nurse | Marital Status: | Single | n/a |
| Location: | Lehigh Center | Allowances: | 5 | 0 |
| Job Title: | Nurse-RN | Addl. Pct: | | |
| Pay Rate: | $35.018 Hourly | Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 35.018 | 40.00 | 1,400.70 | 711.79 | 24,422.87 |
| Overtime | 52.588 | 0.17 | 8.94 | 17.65 | 934.72 |
| Temporary Position Transfer | | | 4.00 | 4.00 | 4.00 |
| Holiday | | | 0.00 | 8.00 | 288.00 |
| Training - Non Productive | | | 0.00 | 3.50 | 122.56 |
| **TOTAL:** | | **40.17** | **1,413.64** | **740.94** | **25,772.15** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 49.46 | 1,985.99 |
| Fed MED/EE | 20.50 | 373.70 |
| Fed OASDI/EE | 87.64 | 1,597.87 |
| PA Unempl EE | 0.84 | 15.46 |
| PA Withholdng | 43.40 | 791.20 |
| PA LOWER MACUNGIE Withholdng | 14.14 | 257.73 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 24.00 |
| **TOTAL:** | **217.98** | **5,045.95** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Genesis Employee Foundation | 1.00 | 12.00 |
| **TOTAL:** | **1.00** | **12.00** |

### ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,413.64 | 1,413.64 | 217.98 | 1.00 | 1,194.66 |
| YTD | 25,772.15 | 25,772.15 | 5,045.95 | 12.00 | 20,714.20 |

### BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
|---|---|
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

### EMPLOYER INFORMATION

1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA  18062

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000011634711 | Checking | 385015165891 | $1,194.66 |
| | | **TOTAL:** | **$1,194.66** |

**MESSAGE:**

**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA  19348

| Company: | D44-1718 Spring Creek Road Operati | Advice #: | 000000011573949 |
|---|---|---|---|
| Pay Group: | 465-Ctr-Lehigh Center | Advice Date: | 06/01/2018 |
| Business Unit: | 56074 | | |
| Pay Begin Date: | 05/13/2018 | Base Pay Rate: | $30.450 Hourly |
| Pay End Date: | 05/26/2018 | Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA  18073

| Employee ID: | 80504888 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Department: | 560743210-Registered Nurse | Marital Status: | Single | n/a |
| Location: | Lehigh Center | Allowances: | 5 | 0 |
| Job Title: | Nurse-RN | Addl. Pct: | | |
| Pay Rate: | $35.018 Hourly | Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 35.018 | 64.00 | 2,241.12 | 671.79 | 23,022.17 |
| Overtime | 52.526 | 0.13 | 6.83 | 17.48 | 925.78 |
| Holiday | | | 0.00 | 8.00 | 288.00 |
| Training - Non Productive | | | 0.00 | 3.50 | 122.56 |
| **TOTAL:** | | **64.13** | **2,247.95** | **700.77** | **24,358.51** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 149.58 | 1,936.53 |
| Fed MED/EE | 32.60 | 353.20 |
| Fed OASDI/EE | 139.38 | 1,510.23 |
| PA Unempl EE | 1.35 | 14.62 |
| PA Withholdng | 69.01 | 747.80 |
| PA LOWER MACUNGIE Withholdng | 22.48 | 243.59 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 22.00 |
| **TOTAL:** | **416.40** | **4,827.97** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Genesis Employee Foundation | 1.00 | 11.00 |
| **TOTAL:** | **1.00** | **11.00** |

### ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,247.95 | 2,247.95 | 416.40 | 1.00 | 1,830.55 |
| YTD | 24,358.51 | 24,358.51 | 4,827.97 | 11.00 | 19,519.54 |

### BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
|---|---|
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

### EMPLOYER INFORMATION

1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA  18062

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000011573949 | Checking | 385015165891 | $1,830.55 |
| **TOTAL:** | | | **$1,830.55** |

MESSAGE:

**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA 19348

| Company: | D44-1718 Spring Creek Road Operati | Advice #: | 000000011506565 |
|---|---|---|---|
| Pay Group: | 465-Ctr-Lehigh Center | Advice Date: | 05/18/2018 |
| Business Unit: | 56074 | | |
| Pay Begin Date: | 04/29/2018 | Base Pay Rate: | $30.450 Hourly |
| Pay End Date: | 05/12/2018 | Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA 18073

| Employee ID: | 80504888 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Department: | 560743210-Registered Nurse | Marital Status: | Single | n/a |
| Location: | Lehigh Center | Allowances: | 5 | 0 |
| Job Title: | Nurse-RN | Addl. Pct: | | |
| Pay Rate: | $35.018 Hourly | Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 35.018 | 74.87 | 2,621.76 | 607.79 | 20,781.05 |
| Overtime | 52.526 | 1.42 | 74.59 | 17.35 | 918.95 |
| Training - Non Productive | 35.018 | 3.50 | 122.56 | 3.50 | 122.56 |
| Holiday | | | 0.00 | 8.00 | 288.00 |
| **TOTAL:** | | **79.79** | **2,818.91** | **636.64** | **22,110.56** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 257.10 | 1,786.95 |
| Fed MED/EE | 40.87 | 320.60 |
| Fed OASDI/EE | 174.77 | 1,370.85 |
| PA Unempl EE | 1.70 | 13.27 |
| PA Withholdng | 86.54 | 678.79 |
| PA LOWER MACUNGIE Withholdng | 28.19 | 221.11 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 20.00 |
| **TOTAL:** | **591.17** | **4,411.57** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Genesis Employee Foundation | 1.00 | 10.00 |
| **TOTAL:** | **1.00** | **10.00** |

### ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,818.91 | 2,818.91 | 591.17 | 1.00 | 2,226.74 |
| YTD | 22,110.56 | 22,110.56 | 4,411.57 | 10.00 | 17,688.99 |

### BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
|---|---|
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

**EMPLOYER INFORMATION**
1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA 18062

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000011506565 | Checking | 385015165891 | $2,226.74 |
| **TOTAL:** | | | **$2,226.74** |

MESSAGE:

| GHC Payroll, LLC | Company: | D44-1718 Spring Creek Road Operati | Advice #: | 000000011449004 |
| --- | --- | --- | --- | --- |
| Payroll Account - Disbursements | Pay Group: | 465-Ctr-Lehigh Center | Advice Date: | 05/04/2018 |
| 101 East State Street | Business Unit: | 56074 | | |
| Kennett Square PA 19348 | Pay Begin Date: | 04/15/2018 | Base Pay Rate: | $30.450 Hourly |
| | Pay End Date: | 04/28/2018 | Addl Pay Rate: | $4.568 Hourly |

| Jill Marie Muraske | Employee ID: | 80504888 | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- | --- |
| 2003 Woodbridge Lane | Department: | 560743210-Registered Nurse | Marital Status: | Single | n/a |
| Pennsburg, PA 18073 | Location: | Lehigh Center | Allowances: | 5 | 0 |
| | Job Title: | Nurse-RN | Addl. Pct: | | |
| | Pay Rate: | $35.018 Hourly | Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 35.018 | 80.00 | 2,801.40 | 532.92 | 18,159.29 | Fed Withholdng | 255.56 | 1,529.85 |
| Overtime | 52.526 | 0.20 | 10.51 | 15.93 | 844.36 | Fed MED/EE | 40.77 | 279.73 |
| Holiday | | | 0.00 | 8.00 | 288.00 | Fed OASDI/EE | 174.34 | 1,196.08 |
| | | | | | | PA Unempl EE | 1.68 | 11.57 |
| | | | | | | PA Withholdng | 86.33 | 592.25 |
| | | | | | | PA LOWER MACUNGIE Withholdng | 28.12 | 192.92 |
| | | | | | | PA LOW MACUNGIE TWP LS Tax | 2.00 | 18.00 |
| TOTAL: | | 80.20 | 2,811.91 | 556.85 | 19,291.65 | TOTAL: | 588.80 | 3,820.40 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | ADDITIONS TO TAXABLE GROSS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Genesis Employee Foundation | 1.00 | 9.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 1.00 | 9.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 2,811.91 | 2,811.91 | 588.80 | 1.00 | 2,222.11 |
| YTD | 19,291.65 | 19,291.65 | 3,820.40 | 9.00 | 15,462.25 |

| BENEFIT HOURS AVAILABLE | | EMPLOYER INFORMATION | NET PAY DISTRIBUTION | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description | YTD HOURS | | Payment Type | Account Type | Account Number | Amount |
| Sick | 0.00 | 1718 Spring Creek Road Operati | Advice #000000011449004 | Checking | 385015165891 | $2,222.11 |
| Vacation | 0.00 | 1718 Spring Creek Rd | | | | |
| Personal | 0.00 | Macungie, PA 18062 | | | | |
| | | | TOTAL: | | | $2,222.11 |

MESSAGE: