UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Bankr. Case No. 18-15150-AMC-13

JOHN MILLER and JILL MURASKE                                         Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  Bankr. Case No. 18-15150-AMC-13

JOHN MILLER and JILL MURASKE                                            Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 15, 2018 :

    PAUL H YOUNG                                    William Miller
    3554 HULMEVILLE RD                    583 Bourse Building
    BENSALEM, PA  19020                 111 So. Independence
                                                Philadelphia, PA 19106

                                                By  /s/ Mandy Youngblood
                                                            Mandy Youngblood

xxxxx60145 / 965779