| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000320475 | 1 |

526-0001

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

# Earnings Statement

Period Beginning: 07/22/2018
Period Ending: 08/04/2018
Pay Date: 08/10/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 32.00 | 1,200.00 | 42,000.00 |
| Ot Overtime | 56.2500 | 2.00 | 112.50 | 3,684.38 |
| Dbl Dbl Time | 75.0000 | 2.00 | 150.00 | 562.50 |
| Hlthvludomprtnr | | | 311.11 | 4,666.65 |
| Pt1 P T O | 37.5000 | 48.00 | 1,800.00 | 4,200.00 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Hol Holiday | | | | 1,800.00 |
| **Gross Pay** | | | **$3,573.61** | 60,252.91 |

Your federal taxable wages this period are $3,270.76

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 18.90 |
| Pto Accrl Bal | 32.00 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -461.86 | 8,222.99 |
| | Social Security Tax | -202.86 | 3,455.20 |
| | Medicare Tax | -47.44 | 808.07 |
| | PA State Income Tax | -100.41 | 1,710.29 |
| | PA SUI/SDI Tax | -2.14 | 36.15 |
| | Other | | |
| | Alc Car Allow | -38.46 | 115.38 |
| | Dental Pre Tax | -51.51* | 772.65 |
| | Im1 H C Imp Inc | -311.11 | 4,666.65 |
| | Medical Pretax | -251.34* | 3,770.10 |
| | **Net Pay** | **$2,106.48** | |
| | Cka Checking #1 | -2,106.48 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number: 00000320475
Pay date: 08/10/2018

Deposited to the account of
JOHN MILLER

| account number | transit ABA | amount |
|---|---|---|
| | | $2,106.48 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XI7 | 903156 | DO4440 | 13006320 | 0000340563 | 1 |
| | | | | 593-0001 | |

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

## Earnings Statement

Period Beginning: 08/05/2018
Period Ending: 08/18/2018
Pay Date: 08/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 2
　PA: N/A

JOHN MILLER
2003 WOODBRIDGE LANE
PENNSBURG PA 18073

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 37.5000 | 80.00 | 3,000.00 | 45,000.00 |
| Ot Overtime | 56.2500 | 2.00 | 112.50 | 3,796.88 |
| Dbl Dbl Time | 75.0000 | 5.00 | 375.00 | 937.50 |
| Hlthvludomprtnr | | | 311.11 | 4,977.76 |
| Bn2 Annual Inc | | | | 3,339.38 |
| Hol Holiday | | | | 1,800.00 |
| Pt1 P T O | | | | 4,200.00 |
| **Gross Pay** | | | **$3,798.61** | 64,051.52 |

Your federal taxable wages this period are $3,495.76

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 1.26 | 20.16 |
| Pto Accrl Bal | 46.67 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-585-5100

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -511.36 | 8,734.35 |
| Social Security Tax | -216.82 | 3,672.02 |
| Medicare Tax | -50.71 | 858.78 |
| PA State Income Tax | -107.32 | 1,817.61 |
| PA SUI/SDI Tax | -2.28 | 38.43 |

Other
| | | |
|---|---|---|
| Alc Car Allow | -38.46 | 153.84 |
| Dental Pre Tax | -51.51* | 824.16 |
| Im1 H C Imp Inc | -311.11 | 4,977.76 |
| Medical Pretax | -251.34* | 4,021.44 |

| **Net Pay** | | **$2,257.70** |
|---|---|---|
| Cka Checking #1 | | -2,257.70 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number: 00000340563
Pay date: 08/24/2018

Deposited to the account of
JOHN MILLER

| account number | transit ABA | amount |
|---|---|---|
| | | $2,257.70 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE