**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA 19348

| Company: | D44-1718 Spring Creek Road Operati |
|---|---|
| Pay Group: | 465-Ctr-Lehigh Center |
| Business Unit: | 56074 |
| Pay Begin Date: | 07/22/2018 |
| Pay End Date: | 08/04/2018 |

| Advice #: | 000000011866081 |
|---|---|
| Advice Date: | 08/10/2018 |
| Base Pay Rate: | $30.450 Hourly |
| Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA 18073

| Employee ID: | 80504888 |
|---|---|
| Department: | 560743210-Registered Nurse |
| Location: | Lehigh Center |
| Job Title: | Nurse-RN |
| Pay Rate: | $35.018 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | n/a |
| Allowances: | 5 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 35.018 | 64.13 | 2,245.67 | 979.54 | 33,809.27 |
| Overtime | 52.526 | 0.32 | 16.81 | 26.83 | 1,433.12 |
| Holiday | | | 0.00 | 16.00 | 568.14 |
| Training - Non Productive | | | 0.00 | 3.50 | 122.56 |
| Temporary Position Transfer | | | 0.00 | | 4.00 |
| **TOTAL:** | | **64.45** | **2,262.48** | **1,025.87** | **35,937.09** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 151.32 | 2,858.43 |
| Fed MED/EE | 32.81 | 521.09 |
| Fed OASDI/EE | 140.27 | 2,228.10 |
| PA Unempl EE | 1.36 | 21.56 |
| PA Withholdng | 69.46 | 1,103.27 |
| PA LOWER MACUNGIE Withholdng | 22.62 | 359.37 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 32.00 |
| **TOTAL:** | **419.84** | **7,123.82** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnish-Tax Levy | 61.50 | 61.50 |
| Genesis Employee Foundation | 1.00 | 16.00 |
| **TOTAL:** | **62.50** | **77.50** |

## ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,262.48 | 2,262.48 | 419.84 | 62.50 | 1,780.14 |
| YTD | 35,937.09 | 35,937.09 | 7,123.82 | 77.50 | 28,735.77 |

## BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
|---|---|
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

## EMPLOYER INFORMATION

1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA 18062

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000011866081 | Checking | 385015165891 | $1,780.14 |
| **TOTAL:** | | | **$1,780.14** |

MESSAGE:

**GHC Payroll, LLC**
Payroll Account - Disbursements
101 East State Street
Kennett Square PA  19348

| | |
|---|---|
| Company: | D44-1718 Spring Creek Road Operati |
| Pay Group: | 465-Ctr-Lehigh Center |
| Business Unit: | 56074 |
| Pay Begin Date: | 08/05/2018 |
| Pay End Date: | 08/18/2018 |

| | |
|---|---|
| Advice #: | 000000011922859 |
| Advice Date: | 08/24/2018 |
| Base Pay Rate: | $30.450 Hourly |
| Addl Pay Rate: | $4.568 Hourly |

Jill Marie Muraske
2003 Woodbridge Lane
Pennsburg, PA  18073

| | |
|---|---|
| Employee ID: | 80504888 |
| Department: | 560743210-Registered Nurse |
| Location: | Lehigh Center |
| Job Title: | Nurse-RN |
| Pay Rate: | $35.018 Hourly |

| TAX DATA: | Federal | PA State |
|---|---:|---:|
| Marital Status: | Single | n/a |
| Allowances: | 5 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---:|---:|---:|---:|---:|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 37.018 | 19.50 | 721.85 | 1,051.04 | 36,352.03 |
| Regular | 35.018 | 52.00 | 1,820.91 | | 0.00 |
| Overtime | 52.801 | 2.97 | 156.82 | 29.80 | 1,589.94 |
| Temporary Position Transfer | | | 12.00 | | 16.00 |
| Holiday | | | 0.00 | 16.00 | 568.14 |
| Training - Non Productive | | | 0.00 | 3.50 | 122.56 |
| **TOTAL:** | | **74.47** | **2,711.58** | **1,100.34** | **38,648.67** |

## TAXES

| Description | Current | YTD |
|---|---:|---:|
| Fed Withholdng | 233.49 | 3,091.92 |
| Fed MED/EE | 39.32 | 560.41 |
| Fed OASDI/EE | 168.12 | 2,396.22 |
| PA Unempl EE | 1.63 | 23.19 |
| PA Withholdng | 83.25 | 1,186.52 |
| PA LOWER MACUNGIE Withholdng | 27.12 | 386.49 |
| PA LOW MACUNGIE TWP LS Tax | 2.00 | 34.00 |
| **TOTAL:** | **554.93** | **7,678.75** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---:|---:|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---:|---:|
| Genesis Employee Foundation | 1.00 | 17.00 |
| Garnish-Tax Levy | 0.00 | 61.50 |
| **TOTAL:** | **1.00** | **78.50** |

## ADDITIONS TO TAXABLE GROSS

| Description | Current | YTD |
|---|---:|---:|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---:|---:|---:|---:|---:|
| Current | 2,711.58 | 2,711.58 | 554.93 | 1.00 | 2,155.65 |
| YTD | 38,648.67 | 38,648.67 | 7,678.75 | 78.50 | 30,891.42 |

## BENEFIT HOURS AVAILABLE

| Description | YTD HOURS |
|---|---:|
| Sick | 0.00 |
| Vacation | 0.00 |
| Personal | 0.00 |

## EMPLOYER INFORMATION

1718 Spring Creek Road Operati
1718 Spring Creek Rd
Macungie, PA  18062

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---:|
| Advice #000000011922859 | Checking | 385015165891 | $2,155.65 |
| **TOTAL:** | | | **$2,155.65** |

MESSAGE: