# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Miller<br>        Jill Muraske<br>                    Debtors<br><br>PennyMac Loan Services, LLC<br>                    Movant<br>        vs.<br><br>John Miller<br>Jill Muraske<br>                    Respondents | CHAPTER 13<br><br><br><br>NO. 18-15150 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of PennyMac Loan Services, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about September 6, 2018 (Document No. 18).

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        Attorney for Movant
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

November 5, 2018