# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOHN MILLER          :  CHAPTER 13
        JILL MURASKE         :
        Debtors              :  BANKRUPTCY NO. 18-15150

## ORDER

AND NOW, this __18th__ day of __August__, 2021, upon consideration of the Motion of Debtors, John Miller and Jill Muraske, it is hereby **ORDERED** as follows:

1. The Motion to Sell the property located at 2003 Woodbridge Lane, Pennsburg PA 18073 is GRANTED pursuant to 11 U.S.C. §363(b).

2. The Debtor is authorized and permitted to make distribution from the proceeds generated at settlement in the following approximate amounts:

   a. **$28,868.00** for all applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms and condition of the agreement of sale;

   b. **$18,150.00** shall be distributed and made payable to William. C. Miller, Trustee, PO Box 1799, Memphis, TN 38101-1799, to fund the remainder of Debtor's Chapter 13 Plan to pay 100% of any remaining unsecured claims, excluding claim no. 17 for student loan; and

   c. The remaining proceeds in the amount of **$52,882.00** shall be distributed to the debtor; and

3. This order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

4. The debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

5. The Title Company shall fax a copy of the final HUD-1 Settlement Statement to William C. Miller, Standing Trustee, at 215-627-6299, immediately upon the close of the settlement.

7. The title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier to 1234 Market Street, Suite 1813, Philadelphia, PA 19107.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**