United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15150-elf |
| John Miller | Chapter 13 |
| Jill Muraske | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Miller, Jill Muraske, 2003 Woodbridge Lane, Pennsburg, PA 18073-1247 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Aug 18 2021 23:26:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | | Email/Text: bnc@atlasacq.com | Aug 18 2021 23:26:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2021 23:26:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O. Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 23:28:41 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2021 23:28:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bnc@bass-associates.com | Aug 18 2021 23:26:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 10 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

**Name**    **Email Address**

CAMERON DEANE
on behalf of Debtor John Miller cdeane@ymalaw.com
ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

CAMERON DEANE
on behalf of Joint Debtor Jill Muraske cdeane@ymalaw.com
ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
on behalf of Joint Debtor Jill Muraske support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
on behalf of Debtor John Miller support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  JOHN MILLER | : | CHAPTER 13 |
| JILL MURASKE | : | |
| Debtors | : | BANKRUPTCY NO. 18-15150 |

## ORDER

AND NOW, this \_\_\_18th\_\_\_ day of \_\_\_August\_\_\_, 2021, upon consideration of the Motion of Debtors, John Miller and Jill Muraske, it is hereby **ORDERED** as follows:

1. The Motion to Sell the property located at 2003 Woodbridge Lane, Pennsburg PA 18073 is GRANTED pursuant to 11 U.S.C. §363(b).

2. The Debtor is authorized and permitted to make distribution from the proceeds generated at settlement in the following approximate amounts:

    a. **$28,868.00** for all applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms and condition of the agreement of sale;

    b. **$18,150.00** shall be distributed and made payable to William. C. Miller, Trustee, PO Box 1799, Memphis, TN 38101-1799, to fund the remainder of Debtor's Chapter 13 Plan to pay 100% of any remaining unsecured claims, excluding claim no. 17 for student loan; and

    c. The remaining proceeds in the amount of **$52,882.00** shall be distributed to the debtor; and

3. This order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

4. The debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

5. The Title Company shall fax a copy of the final HUD-1 Settlement Statement to William C. Miller, Standing Trustee, at 215-627-6299, immediately upon the close of the settlement.

7. The title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier to 1234 Market Street, Suite 1813, Philadelphia, PA 19107.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**