UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| JOHN MILLER | : | |
| JILL MURASKE | : | |
| | : | Case No. 18-15150 |

### **PRAECIPE TO AMEND BANKRUPTCY PETITION**

To the Clerk of Bankruptcy Court:

Kindly amend the debtor's *mailing* address in the above listed petition to read:

**PO Box 953
Fenton MI  48430**

/s/ Paul H. Young
Paul H. Young, Esquire
Counsel for Debtor
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297