Certificate Number: 03621-PAE-DE-031596659

Bankruptcy Case Number: 18-15150



03621-PAE-DE-031596659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2018, at 7:58 o'clock PM EDT, Jill Muraske completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 10, 2018              By:     /s/Yadira Diaz

Name:   Yadira Diaz

Title:  Credit Counselor

Certificate Number: 03621-PAE-DE-031596680

Bankruptcy Case Number: 18-15150



03621-PAE-DE-031596680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2018, at 7:58 o'clock PM EDT, John Miller completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 10, 2018          By:    /s/Yadira Diaz

                                   Name:  Yadira Diaz

                                   Title: Credit Counselor