United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Miller  
Jill Muraske  
    Debtors

Case No. 18-15150-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 6  
Date Rcvd: Jan 19, 2022     Form ID: 138OBJ     Total Noticed: 102

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Miller, 2003 Woodbridge Lane, Pennsburg, PA 18073-1247 |
| db | + | John Miller, MAILING ADDRESS, P.O. Box 953, Fenton, MI 48430-0953 |
| jdb | #+ | Jill Muraske, 2003 Woodbridge Lane, Pennsburg, PA 18073-1247 |
| jdb | + | Jill Muraske, MAILING ADDRESS, PO Box 953, Fenton, MI 48430-0953 |
| 14176698 | + | AR Resources, Inc., 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 14176697 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14176713 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14176714 | + | Continental Finance Company, 4550 New Linden Hill Rd, Wilmington, DE 19808-2952 |
| 14176718 | + | Credit Center Inc, 7 Finance Dr, Danbury, CT 06810-4162 |
| 14176717 | + | Credit Center Inc, Attn: Bankruptcy, 7 Finance Drive, Danbury, CT 06810-4162 |
| 14176723 | ++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First Savings Credit Card, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14176722 | ++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14176721 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14176727 | + | Kansas Counselors, Inc, Attn: Bankruptcy, Po Box 14765, Shawnee Mission, KS 66285-4765 |
| 14176728 | + | Kansas Counselors, Inc, 1314 N Main St, Hutchinson, KS 67501-4002 |
| 14176732 | | Matrix MASTERCARD, PO Box 31292, Tampa, FL 33631-3292 |
| 14176735 | | Peerless Credit Services, PO Box 518, Middletown, PA 17057-0518 |
| 14176736 | + | Penn Credit, 916 S 14th St, PO Box 988, Harrisburg, PA 17108-0988 |
| 14212776 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14176738 | + | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14176737 | + | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14176739 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14176759 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14176760 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14176761 | | TriValley Primary Care PC, 519 South 5th St., Ste. 130, Perkasie, PA 18944-1042 |
| 14208732 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14176765 | + | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 14176764 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14176762 | + | United Anes Serv. PC, PO Box 828962, Philadelphia, PA 19182-8962 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 19 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

Case 18-15150-elf    Doc 59    Filed 01/21/22    Entered 01/22/22 00:34:26    Desc Imaged
                              Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 138OBJ | Total Noticed: 102 |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 19 2022 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 17128-0946 |
| 14181416 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 19 2022 23:53:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14198745 | | Email/Text: bnc@atlasacq.com | Jan 19 2022 23:53:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14176695 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 19 2022 23:53:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14176696 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 19 2022 23:53:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14176693 | + | Email/Text: American@AABinfo.net | Jan 19 2022 23:53:00 | American Adjustment Bureau, Inc., Attn: Bankruptcy, Po Box 2758, Waterbury, CT 06723-2758 |
| 14176694 | + | Email/Text: American@AABinfo.net | Jan 19 2022 23:53:00 | American Adjustment Bureau, Inc., 73 Field St, Waterbury, CT 06702-1906 |
| 14199858 | + | Email/Text: documentfiling@lciinc.com | Jan 19 2022 23:53:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14195592 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2022 23:59:58 | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14176700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 00:00:02 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14176699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 00:00:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14202207 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 00:00:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14208841 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2022 00:00:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14176702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 00:00:02 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14176701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 00:00:07 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14176704 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 00:00:07 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14176703 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 00:00:07 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14176705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:53:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14176706 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:53:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14176708 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:53:00 | Comenity Bank/Pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14176707 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:53:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14176710 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:53:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14176709 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:53:00 | Comenity Bank/Torrid, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

Case 18-15150-elf    Doc 59    Filed 01/21/22    Entered 01/22/22 00:34:26    Desc Imaged
                              Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 138OBJ | Total Noticed: 102 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 14176711 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 19 2022 23:53:00 | | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14176712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 19 2022 23:53:00 | | Comenity Capital/mprc, Po Box 182120, Columbus, OH 43218-2120 |
| 14176715 | + | Email/Text: convergent@ebn.phinsolutions.com Jan 19 2022 23:53:00 | | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14176716 | + | Email/Text: convergent@ebn.phinsolutions.com Jan 19 2022 23:53:00 | | Convergent Outsourcing, Inc, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14176719 | + | Email/PDF: creditonebknotifications@resurgent.com Jan 20 2022 00:00:06 | | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14176720 | + | Email/PDF: creditonebknotifications@resurgent.com Jan 19 2022 23:59:58 | | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14176766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 19 2022 23:59:59 | | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14176767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 19 2022 23:59:59 | | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14176731 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 19 2022 23:59:59 | | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14212814 | | Email/Text: bnc-quantum@quantum3group.com Jan 19 2022 23:53:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14176723 | | Email/Text: BNSFS@capitalsvcs.com Jan 19 2022 23:53:00 | | First Savings Credit Card, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14176722 | | Email/Text: BNSFS@capitalsvcs.com Jan 19 2022 23:53:00 | | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14176724 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Jan 19 2022 23:53:00 | | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14176725 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Jan 19 2022 23:53:00 | | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 14176726 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Jan 19 2022 23:53:00 | | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14176730 | + | Email/Text: PBNCNotifications@peritusservices.com Jan 19 2022 23:53:00 | | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14176729 | + | Email/Text: PBNCNotifications@peritusservices.com Jan 19 2022 23:53:00 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14203351 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 19 2022 23:59:58 | | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14195523 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jan 20 2022 00:00:02 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14176734 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Jan 19 2022 23:59:58 | | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14176733 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Jan 20 2022 00:00:02 | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14176740 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2022 00:00:05 | | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14191595 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2022 00:00:05 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14176936 | + | Email/PDF: rmscedi@recoverycorp.com Jan 19 2022 23:59:57 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14212776 | + | Email/PDF: ebnotices@pnmac.com | | |

Case 18-15150-elf   Doc 59   Filed 01/21/22   Entered 01/22/22 00:34:26   Desc Imaged
                             Certificate of Notice   Page 4 of 7

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Jan 19, 2022 | Form ID: 138OBJ | Total Noticed: 102 |

| | | | | |
|---|---|---|---|---|
| 14176737 | + | Email/PDF: ebnotices@pnmac.com | Jan 20 2022 00:00:07 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14176738 | + | Email/PDF: ebnotices@pnmac.com | Jan 20 2022 00:00:02 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14208997 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2022 00:00:02 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| | | | Jan 19 2022 23:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14208998 | | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2022 23:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14176741 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 00:00:02 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 14176742 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 00:00:02 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14176744 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:01 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14176743 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:59:57 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14177134 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14176746 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:05 | Synchrony Bank, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14176745 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:01 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14176747 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:05 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14176748 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:02 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14176749 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:01 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14176750 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:05 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14176751 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:05 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14176752 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 23:59:57 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14176753 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14176754 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:05 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14176756 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:02 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14176755 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:02 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14176757 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:02 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14176758 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 00:00:01 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14212835 | + | Email/Text: bncmail@w-legal.com | Jan 19 2022 23:53:00 | TD Bank USA, N.A., C O WEINSTEIN & |

Case 18-15150-elf   Doc 59   Filed 01/21/22   Entered 01/22/22 00:34:26   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 138OBJ | Total Noticed: 102 |

| | | | | |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14198933 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 19 2022 23:53:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14183658 | + | Email/Text: bnc@bass-associates.com | Jan 19 2022 23:53:00 | United Consumer Financial Serv., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14176763 | + | Email/Text: EBankruptcy@UCFS.NET | Jan 19 2022 23:53:00 | United Consumer Financial Services, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 14183077 | + | Email/Text: bnc@bass-associates.com | Jan 19 2022 23:53:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 78

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14184641 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., DBA GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14208605 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14613858 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor John Miller cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Joint Debtor Jill Muraske cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Jill Muraske support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| PAUL H. YOUNG | |

| District/off: 0313-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 138OBJ | Total Noticed: 102 |

on behalf of Debtor John Miller support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Miller and Jill Muraske
        Debtor(s)

Case No: 18−15150−elf
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/19/22